**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-6013

VERNON ALLEN COLLINS,

            Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA,

            Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Catherine C. Blake, District Judge.  (1:17-cv-00954-CCB)

Submitted:  August 20, 2020                         Decided:  August 25, 2020

Before GREGORY, Chief Judge, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vernon A. Collins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernon A. Collins appeals the district court's order denying his petition for a writ of error coram nobis to lower his previously completed criminal sentence. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm substantially on the reasoning of the district court, concluding that Collins failed to show sufficient injury to convey Article III standing. *Collins v. United States*, No. 1:17-cv-00954-CCB (D. Md. Nov. 1, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*